UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,                :

              Plaintiff,            :          17 Cr. 372 (JBS)

    -against-                              :
                                          **NOTICE OF MOTION**

JEFFREY CHARTIER, et al., (ISEN)        :

              Defendant.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      PLEASE TAKE NOTICE that upon the attached Memorandum of Law; the Affirmation of John F. Kaley, sworn to on May 30, 2018; the Declaration of Lawrence Isen, sworn to on May 31, 2018; and the exhibits attached thereto, defendant Lawrence Isen will move this court before the Honorable Joanna B. Seybert for an Order: (1) granting a *Monsanto*-type hearing, *see United States v. Monsanto*, 924 F.2d 1186 (2d Cir. 1991) and upon said hearing directing the Government to release seized funds; (2) directing the Government to remove any *lis pendens* or other restraints on Defendant's property; and (3) granting any further relief the Court in its discretion deems appropriate.

Dated:  New York, New York
         May 31, 2018

                                                    Respectfully submitted,

                                                  John F. Kaley, Esq. (JK:3598)
                                                  Doar Rieck Kaley & Mack
                                                  217 Broadway, Suite 707
                                                  New York, New York 10007
                                                  212-619-3730
                                                  *Attorney for Defendant Lawrence Isen*