AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No. 17 Cr. 372 |
| LAWRENCE ISEN | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Associate (Mentee) Counsel for Lawrence Isen

Date: 03/19/2019

*Attorney's signature*

Gary Kaufman (GK3387)
*Printed name and bar number*

Law Office of Gary Kaufman, PLLC
377 Broadway, 8th Floor
New York, NY 10013
*Address*

gary@garykaufmanlaw.com
*E-mail address*

(347) 855-9102
*Telephone number*

(212) 202-7949
*FAX number*