

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK
F. #2016R01805

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 8, 2019

**By Email and ECF**

All Counsel on Attached Appendix A

      Re: United States v. Jeffrey Chartier, et al.
           Criminal Docket No. 17-372 (JS)

Dear Counsel:

    Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This disclosure, which pertains to defendant Lawrence Isen, supplements the government's earlier disclosures. The government again requests reciprocal discovery from the defendants.

    The government has made the following materials available at First Choice Copy ("First Choice") for reproduction to the defendants:

| Source | First Bates | Last Bates |
|---|---|---|
| Alpine Securities – Trading Records – RBNW | EDNY-PTP_000509842 | EDNY-PTP_000510430 |
| ATT – Communication Records – RBNW | EDNY-PTP_000510431 | EDNY-PTP_000512099 |
| Comcast – Communication Records – RBNW | EDNY-PTP_000512100 | EDNY-PTP_000512101 |
| CSC Holdings - Communication Records – RBNW | EDNY-PTP_000512102 | EDNY-PTP_000512152 |
| Interactive Brokers – Trading Records – RBNW | EDNY-PTP_000512153 | EDNY-PTP_000512317 |
| JP Morgan Chase – Bank Records – RBNW | EDNY-PTP_000512318 | EDNY-PTP_000512319 |
| Platinum Stock Transfer – Trading Records – RBNW | EDNY-PTP_000512320 | EDNY-PTP_000516365 |
| Verizon – Communication Records – RBNW | EDNY-PTP_000516366 | EDNY-PTP_000516367 |
| Verizon Wireless – Communication Records – RBNW | EDNY-PTP_000516368 | EDNY-PTP_000517010 |
| Wells Fargo Bank – Bank Records – RBNW | EDNY-PTP_000517011 | EDNY-PTP_000517360 |
| Alpine Securities – Trading Records – RBNW | EDNY-PTP_000575204 | EDNY-PTP_000586176 |
| ATT – Communication Records – RBNW | EDNY-PTP_000586177 | EDNY-PTP_000592036 |
| Comcast – Communication Records – RBNW | EDNY-PTP_000592037 | EDNY-PTP_000592048 |

Defense Counsel
August 8, 2019
Page 2

| Source | First Bates | Last Bates |
|---|---|---|
| COR Clearing – Trading Records – RBNW | EDNY-PTP_000592049 | EDNY-PTP_000594437 |
| Cox Communications – Communication Records – RBNW | EDNY-PTP_000594438 | EDNY-PTP_000594443 |
| CSC Holdings – Communication Records – RBNW | EDNY-PTP_000594444 | EDNY-PTP_000594459 |
| E*Trade Financial – Trading Records – RBNW | EDNY-PTP_000594460 | EDNY-PTP_000594795 |
| Fidelity Brokerage Services – Trading Records – RBNW | EDNY-PTP_000594796 | EDNY-PTP_000597531 |
| Interactive Brokers – Trading Records – RBNW | EDNY-PTP_000597532 | EDNY-PTP_000599177 |
| JP Morgan Chase – Bank Records – RBNW | EDNY-PTP_000599178 | EDNY-PTP_000599722 |
| Lek Securities – Trading Records – RBNW | EDNY-PTP_000599723 | EDNY-PTP_000600017 |
| Santander Bank – Bank Records – RBNW | EDNY-PTP_000600018 | EDNY-PTP_000600093 |
| Sprint – Communication Records – RBNW | EDNY-PTP_000600094 | EDNY-PTP_000600341 |
| TD Ameritrade – Trading Records – RBNW | EDNY-PTP_000600342 | EDNY-PTP_000600520 |
| Verizon – Communication Records – RBNW | EDNY-PTP_000600521 | EDNY-PTP_000600525 |
| Valley National Bank – Bank Records – RBNW | EDNY-PTP_000600526 | EDNY-PTP_000600936 |
| Verizon Wireless – Communication Records – RBNW | EDNY-PTP_000600937 | EDNY-PTP_000602105 |
| Fidelity Brokerage Services – Trading Records – RBNW | EDNY-PTP_000602106 | EDNY-PTP_000602106 |

Where affidavits concerning the authenticity of business records are included herein or in previous discovery productions, per Federal Rules of Evidence 803(6) and 902(11) the government intends to proffer those records into evidence at trial as self-authenticating.  See United States v. Komasa, 767 F.3d 151 (2d Cir. 2014).

Defense Counsel
August 8, 2019
Page 3

      You may obtain copies of the materials listed above by contacting Joseph Meisner at First Choice at 718-381-1480, extension 212, and referencing the print order number provided by email. First Choice is located at 52-08 Grand Avenue, Maspeth, New York 11378.

      Very truly yours,

      RICHARD P. DONOGHUE
      United States Attorney
      Eastern District of New York

By:    /s/
      Whitman G.S. Knapp
      Assistant U.S. Attorney
      (718) 254-6107

cc:    Clerk of the Court (JS) (by ECF)

## APPENDIX A: DEFENSE COUNSEL

Robert P. LaRusso, Esq.
LaRusso Conway & Bartling LLP
300 Old Country Road, Ste. 341
Mineola, New York 11501

Kevin J. Keating, Esq.
Law Office of Kevin J. Keating
666 Old Country Road, #501
Garden City, New York 11530

John F. Kaley, Esq.
Doar Rieck Kaley & Mack
217 Broadway, Ste. 707
New York, New York 10007

Joseph W. Ryan, Jr., Esq.
Melville Law Center
225 Old Country Road
Melville, New York  11747-3111