

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK
F. #2016R01805

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 13, 2019

**By Email and ECF**

All Counsel on Attached Appendix A

   Re:  United States v. Jeffrey Chartier, et al.
      Criminal Docket No. 17-372 (JS)

Dear Counsel:

   Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This disclosure supplements the government's earlier disclosures. The government again requests reciprocal discovery from the defendants.

   The government has made the following materials available at First Choice Copy ("First Choice") for reproduction to the defendants:

| Source | Description | First Bates | Last Bates |
|---|---|---|---|
| Ally Bank | Business Records Affidavit for 12/11/2017 Production: Joseph Rodgers, Accounts #4145, #4400, #1613, #3361, #7032, #2518 | EDNY-PTP_000635915 | EDNY-PTP_000635915 |
| American Express | Business Records Affidavit for 10/12/2017 Production: Stephanie Lee, Accounts #1008, #2006, #3004, #1001 | EDNY-PTP_000635916 | EDNY-PTP_000635916 |
| American Express | Business Records Affidavit for 10/26/2017 Production: Joseph and Eric Matz, Accounts #2005, #5891 | EDNY-PTP_000635917 | EDNY-PTP_000635919 |
| AOL | Business Records Affidavit for 1/9/2017 Production: Identity, IP, OSTAT, payment, premium services, and UAS information for hm65577@aol.com, imajon4life@aol.com, nyyankslov3@aol.com, and vettedennis@aol.com | EDNY-PTP_000635920 | EDNY-PTP_000635920 |
| AT&T | Business Records Affidavit for 10/23/2017 Production: Subscriber information, CDR report for phone number (631) 501-8613 | EDNY-PTP_000635921 | EDNY-PTP_000635922 |

Defense Counsel
August 13, 2019
Page 2

| Source | Description | First Bates | Last Bates |
|---|---|---|---|
| Backpage | Business Records Affidavit for 7/5/2017 Production: Documents from elkap516@gmail.com, jarranper@icloud.com, madisonbanks19@yahoo.comn, melissanicole1219@icloud.com and nicolekurtz@yahoo.com | EDNY-PTP_000635923 | EDNY-PTP_000635923 |
| Caliber Home Loans | Business Records Affidavit for 3/6/2017 Production: Victor M. Ramos, Account #2469 | EDNY-PTP_000635924 | EDNY-PTP_000635924 |
| Charles Schwab | Business Records Affidavit for 5/17/2017 Production: M Watts and R Edee Trustees FBO Christopher Michael Watts, Account #7953K.D Navigation Inc., Account #9136 Geoserve Marketing LLC 401(K), Account #0443 | EDNY-PTP_000635925 | EDNY-PTP_000635925 |
| Credit One Bank | Business Records Affidavit for 3/7/2017 Production: M Watts and R Edee Trustees FBO Christopher Michael Watts, Account #7953 K.D. Navigation Inc, Account #9136 Geoserve Marketing LLC 401(K), Account #0443 | EDNY-PTP_000635926 | EDNY-PTP_000635926 |
| E-Trade | Business Records Affidavit for 5/1/2017 Production: E-Trade/Optionshouse, Erik Matz Account #5QD40373 | EDNY-PTP_000635927 | EDNY-PTP_000635927 |
| E-Trade | Business Records Affidavit for 9/13/2017 Production: Brian Heepke, Account #0127 | EDNY-PTP_000635928 | EDNY-PTP_000635928 |
| Experian | Business Records Affidavit for 1/19/2017 Production: Keith Miller, Hermann Matz, Karla Hardy, Ronald Hardy, Brian Heepke, Dennis Verderosa, Melissa Kurtzke, Erik Matz, Joseph Matz, Paul Ewer | EDNY-PTP_000635929 | EDNY-PTP_000635930 |
| Fedwire | Business Records Affidavit for 8/18/2017 Production: Potentially responsive electronic wire transfers | EDNY-PTP_000635931 | EDNY-PTP_000635933 |
| Fidelity | Business Records Affidavit for 5/2/2017 Production: Acosta Interactions, Forsgren Interactions, Matz Interactions | EDNY-PTP_000635934 | EDNY-PTP_000635935 |
| First National Bank of Omaha | Business Records Affidavit for 1/31/2017 Production: Dennis Verderosa, Account #9792 | EDNY-PTP_000635936 | EDNY-PTP_000635936 |
| First National Bank of Omaha | Business Records Affidavit for 2/9/2017 Production: Melissa Kurtzke, Account #2080 | EDNY-PTP_000635937 | EDNY-PTP_000635937 |
| First Premier Bank | Business Records Affidavit for 2/28/2017 Production: Robert Gilbert, Account #2082 | EDNY-PTP_000635938 | EDNY-PTP_000635938 |
| Huntington Beach | Business Records Affidavit for 6/16/2017 for: Robert K. Cordes, Account #7119 | EDNY-PTP_000635939 | EDNY-PTP_000635939 |
| Merrick Bank | Business Records Affidavit for 1/31/2017 Production: Dennis Verderosa, Account #3673 | EDNY-PTP_000635940 | EDNY-PTP_000635941 |

| Source | Description | First Bates | Last Bates |
|---|---|---|---|
| Merrick Bank | Business Records Affidavit for 2/21/2017 Production: Robert Gilbert, Account #1992 | EDNY-PTP_000635942 | EDNY-PTP_000635943 |
| Merrick Bank | Business Records Affidavit for 3/22/2018 Production: Victor Ramos Jr., Account #0076 | EDNY-PTP_000635944 | EDNY-PTP_000635945 |
| Morgan Stanley | Business Records Affidavit for 5/31/2019 Production: Bluesheet data for HECC and NWMH | EDNY-PTP_000635946 | EDNY-PTP_000635946 |
| Optionshouse | Business Records Affidavit for 3/6/2018 Production: Clifford Jenne, Account #4ZE-18599-19 RR AG6 | EDNY-PTP_000635947 | EDNY-PTP_000635947 |
| Payomatic | Business Records Affidavit for 11/9/2016 Production: Melissa Kurtzke, Account #8934 | EDNY-PTP_000635948 | EDNY-PTP_000635949 |
| Rackspace | Business Records Affidavit for 4/3/2017 Production: Subscriber information for Levelogic, Inc. | EDNY-PTP_000635950 | EDNY-PTP_000635950 |
| Santander Bank | Business Records Affidavit for 2/10/2017 Production: Hermann Matz | EDNY-PTP_000635951 | EDNY-PTP_000635951 |
| Sperry | Business Records Affidavit for 6/14/2017 Production: Adam Fisher, Acct #8138 | EDNY-PTP_000635952 | EDNY-PTP_000635952 |
| Sprint | Business Records Affidavit for 1/29/2017 Production: Kristina Guiliano subscription information, phone number (631) 236-7669 | EDNY-PTP_000635953 | EDNY-PTP_000635953 |
| TD Ameritrade | Business Records Affidavit for 12/1/2016 Production: Melissa Kurtzke, Account #4123 | EDNY-PTP_000635954 | EDNY-PTP_000635954 |
| TD Bank | Business Records Affidavit for 1/31/2017 Production: Audio recordings Verint Multimedia re Big Little Consulting, Dacona | EDNY-PTP_000635955 | EDNY-PTP_000635955 |
| T-Mobile | Business Records Affidavit for 2/17/2017 Production: Ronald Hardy subscriber information, phone number (631) 482-0918 Jeffrey Chartier subscriber information, phone number (917) 414-6648 | EDNY-PTP_000635956 | EDNY-PTP_000635956 |
| TradeStation | Business Records Affidavit for 5/25/2017 Production: Awesome Restaurant Excursions, LL; Ross McKie; Seven Investre LLC; R3 Trading Partners, LLC | EDNY-PTP_000635957 | EDNY-PTP_000635957 |
| UBS Financial Services | Business Records Affidavit for 1/27/2017 Production: Robert Gleckman, Accounts #8257, #6143, #6157 | EDNY-PTP_000635958 | EDNY-PTP_000635958 |
| Umpqua | Business Records Affidavit for 2/9/2017 Production: Clifford B Jenne Revocable Living Trust, Accounts #0474, #5313 Emily L Jenne Irrevocable Family Trust Account #5321 | EDNY-PTP_000635959 | EDNY-PTP_000635960 |
| US Bank | Business Records Affidavit for 3/21/2017 Production: Joseph Matz, Account #4500 | EDNY-PTP_000635961 | EDNY-PTP_000635961 |
| Valley National Bank | Business Records Affidavit for 6/27/2017 Production: Benjamin Conde / Essex Global Investment Corp, Account #7069 | EDNY-PTP_000635962 | EDNY-PTP_000635962 |

Defense Counsel
August 13, 2019
Page 4

| Source | Description | First Bates | Last Bates |
|---|---|---|---|
| Verizon | Business Records Affidavit for 5/1/2017 Production: Account records for phone number (336) 025-7626 | EDNY-PTP_000635963 | EDNY-PTP_000635968 |
| Verizon | Business Records Affidavit for 10/12/2017 Production: Account records for phone numbers (631) 275-6912, (631)275-6812 | EDNY-PTP_000635969 | EDNY-PTP_000635974 |
| Verizon | Account records for phone numbers (917) 414-6648, (917) 806-0860 | EDNY-PTP_000635975 | EDNY-PTP_000637157 |
| Rackspace | Lawrence Isen Rackspace email account emails - RBNW | EDNY-PTP_000637158 | EDNY-PTP_000637158 |

   Where affidavits concerning the authenticity of business records are included herein or in previous discovery productions, per Federal Rules of Evidence 803(6) and 902(11) the government intends to proffer those records into evidence at trial as self-authenticating. See United States v. Komasa, 767 F.3d 151 (2d Cir. 2014).

   You may obtain copies of the materials listed above by contacting Joseph Meisner at First Choice at 718-381-1480, extension 212, and referencing the print order number provided by email. First Choice is located at 52-08 Grand Avenue, Maspeth, New York 11378.

             Very truly yours,

             RICHARD P. DONOGHUE
             United States Attorney
             Eastern District of New York


      By:     /s/
             Whitman G.S. Knapp
             Kaitlin T. Farrell
             Assistant U.S. Attorneys
             (718) 254-6107/6072

cc:  Clerk of the Court (JS) (by ECF)

## APPENDIX A: DEFENSE COUNSEL

Robert P. LaRusso, Esq.
LaRusso Conway & Bartling LLP
300 Old Country Road, Ste. 341
Mineola, New York 11501

Kevin J. Keating, Esq.
Law Office of Kevin J. Keating
666 Old Country Road, #501
Garden City, New York 11530

John F. Kaley, Esq.
Doar Rieck Kaley & Mack
217 Broadway, Ste. 707
New York, New York 10007

Joseph W. Ryan, Jr., Esq.
Melville Law Center
225 Old Country Road
Melville, New York  11747-3111