

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK
F. #2016R01805

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 22, 2019

**By Email and ECF**

All Counsel on Attached Appendix A

Re: United States v. Jeffrey Chartier, et al.
Criminal Docket No. 17-372 (JS)

Dear Counsel:

Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This disclosure supplements the government's earlier disclosures. The government again requests reciprocal discovery from the defendants.

The government has made the following materials available at First Choice Copy ("First Choice") for reproduction to the defendants:

| Source | Description | First Bates | Last Bates |
|---|---|---|---|
| Southern District of Texas Houston Division Bankruptcy Court | Official HECC Bankruptcy documents | EDNY-PTP_000637197 | EDNY-PTP_000637205 |
| FBI | YouTube videos | EDNY-PTP_000637206 | EDNY-PTP_000637212 |
| FINRA | Series 7 Study Guide (1986) | EDNY-PTP_000637213 | EDNY-PTP_000637274 |
| FINRA | Series 63 Study Guide (1979) | EDNY-PTP_000637275 | EDNY-PTP_000637377 |
| FINRA | Watts CRD | EDNY-PTP_000637378 | EDNY-PTP_000637419 |
| JPMC | Business Records Affidavit for 11/21/2016, 11/30/2016, 6/15/2017, 6/21/2017, 7/19/2017, and 11/24/2017 Productions | EDNY-PTP_000637420 | EDNY-PTP_000637420 |
| JPMC | Supplemental documents regarding SMDRE Acct #7317 | EDNY-PTP_000637421 | EDNY-PTP_000637430 |
| R. Gleckman | Various documents | EDNY-PTP_000637431 | EDNY-PTP_000637911 |
| SEC | Updated blue sheet data for victim loss | EDNY-PTP_000637912 | EDNY-PTP_000637912 |
| SEC | Updated blue sheet data for perpetrators | EDNY-PTP_000637913 | EDNY-PTP_000637913 |
| Apex Clearing | Victim trading records for CESX, GRLD, HECC, ICEIF, NWMH | EDNY-PTP_000637914 | EDNY-PTP_000637915 |

Defense Counsel
August 22, 2019
Page 2

| Source | Description | First Bates | Last Bates |
|---|---|---|---|
| Charles Schwab | Victim trading records for CESX, GRLD, ICIEF, NWMH, HECC | EDNY-PTP_000637916 | EDNY-PTP_000637922 |
| D.A. Davidson & Co. | Victim trading records for HECC | EDNY-PTP_000637923 | EDNY-PTP_000637933 |
| E-Trade | Victim trading records for HECC, ICEIF, CESX, GRLD, NWMH | EDNY-PTP_000637934 | EDNY-PTP_000637935 |
| First Clearing Corp (Wells Fargo) | Victim trading records for CESX trade blotter information | EDNY-PTP_000637936 | EDNY-PTP_000637937 |
| Hilltop Securities | Account records for:<br>• Michael Watts, Acct #9040<br>• Geoserve Marketing, Acct #4757<br>• SMDRE, Acct #7246 | EDNY-PTP_000637938 | EDNY-PTP_000639602 |
| Hilltop Securities | Supplemental trading records for Accts #9040, #7246 | EDNY-PTP_000639603 | EDNY-PTP_000639603 |
| Interactive Brokers | Victim trading records for CESX, GRLD, HECC, ICEIF, NWMH | EDNY-PTP_000639604 | EDNY-PTP_000639609 |
| National Financial Services (Fidelity) | Victim trading records for CESX, GRLD, ICEIF, NWMH | EDNY-PTP_000639610 | EDNY-PTP_000639611 |
| OptionsXpress (Charles Schwab) | Victim trading records for CESX, HECC, ICEIF, NWMH | EDNY-PTP_000639612 | EDNY-PTP_000639613 |
| Pershing (BNY Mellon) | Victim trading records for CESX, GRLD, HECC, ICEIF, NWMH | EDNY-PTP_000639614 | EDNY-PTP_000639619 |
| Sterne Agee & Leach (INTL FCStone) | Victim trading records for CESX, HECC, and NWMH | EDNY-PTP_000639620 | EDNY-PTP_000639627 |
| TD Ameritrade | Victim trading records for HECC, CESX, NWMH, GRLD, ICEIF | EDNY-PTP_000639629 | EDNY-PTP_000639632 |
| SEC | Documents related to Elite Stock Research | SEC-EDNY-EPROD-000116447 | SEC-EDNY-EPROD-000116877 |
| SEC | Documents related to ICEIF | SEC-EDNY-EPROD-000118754 | SEC-EDNY-EPROD-000120277 |
| SEC | Documents related to NWMH GRLD, HECC, CESX | SEC-EDNY-EPROD-0001252939 | SEC-EDNY-EPROD-000414437 |
| SEC | Documents related to CESX | SEC-EDNY-EPROD-000414438 | SEC-EDNY-EPROD-000422291[1] |

Where affidavits concerning the authenticity of business records are included herein or in previous discovery productions, per Federal Rules of Evidence 803(6) and 902(11) the government intends to proffer those records into evidence at trial as self-authenticating.  See United States v. Komasa, 767 F.3d 151 (2d Cir. 2014).

---

[1] Documents described in the last four rows of this chart (SEC-sourced) fall within the ranges specified as the first and last Bates numbers for each row.  They encompass only portions of each range, however, and not the entirety of each.

Defense Counsel
August 22, 2019
Page 3

      You may obtain copies of the materials listed above by contacting Joseph Meisner at First Choice at 718-381-1480, extension 212, and referencing the print order number provided by email. First Choice is located at 52-08 Grand Avenue, Maspeth, New York 11378.

      Very truly yours,

      RICHARD P. DONOGHUE
      United States Attorney
      Eastern District of New York

By:     /s/
      Whitman G.S. Knapp
      Kaitlin T. Farrell
      Assistant U.S. Attorneys
      (718) 254-6107/6072

cc:    Clerk of the Court (JS) (by ECF)

## APPENDIX A: DEFENSE COUNSEL

Robert P. LaRusso, Esq.
LaRusso Conway & Bartling LLP
300 Old Country Road, Ste. 341
Mineola, New York 11501

Kevin J. Keating, Esq.
Law Office of Kevin J. Keating
666 Old Country Road, #501
Garden City, New York 11530

John F. Kaley, Esq.
Doar Rieck Kaley & Mack
217 Broadway, Ste. 707
New York, New York 10007

Joseph W. Ryan, Jr., Esq.
Melville Law Center
225 Old Country Road
Melville, New York  11747-3111