

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WK
F. #2016R01805

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 30, 2019

**By Email and ECF**

All Counsel on Attached Appendix A

         Re:     United States v. Jeffrey Chartier, et al.
               Criminal Docket No. 17-372 (JS)

Dear Counsel:

        Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This disclosure supplements the government's earlier disclosures. The government again requests reciprocal discovery from the defendants.

        The government has made the following materials available at First Choice Copy ("First Choice") for reproduction to the defendants:

| Source | Description | First Bates | Last Bates |
|---|---|---|---|
| Alpine Securities | Additional records for:<br>Trademasterspro.com, Acct. #8910<br>Powertraderspress.com, Acct. #2243 | EDNY-PTP_000639633 | EDNY-PTP_000640551 |
| Bank of America | •Brittney C Ballestas, Rosa V Ballestas, Acct. #5876, 01/2013 - 06/2016<br>•Brittney C Ballestas, Rosa V Ballestas, Acct. #5764, 07/2010 - 09/2017<br>•Melissa N Kurtzke, Acct. #9914, 02/2013 - 06/2013<br>•Melissa N Kurtzke, Acct. #5894, 07/2014 - 03/2015 | EDNY-PTP_000640552 | EDNY-PTP_000640696 |
| Bank of America | •Barbara M Watts, Ernest M Watts, Lori M Quinn, Michael E Watts, Ernest B Quinn III, Acct. #0982, 01/2013 - 03/2015<br>•Barbara M Watts, Ernest M Watts, Lori M Quinn, Michael E Watts, Ernest B Quinn III, Acct. #0634, 01/2013 - 03/2015<br>•Mystreetresearch.com, Inc., Acct. #7752, 08/2016 - 09/2017<br>•Mystreetresearch.com, Inc., Acct. #3078, 08/2016 - 09/2017<br>•Erik J Matz, Acct. #5429 (related to card | EDNY-PTP_000640697 | EDNY-PTP_000641304 |

Defense Counsel
August 30, 2019
Page 2

| Source | Description | First Bates | Last Bates |
|---|---|---|---|
| | ending in 7617), 01/2015 - 09/2017<br>•Emin J. Cohen, Acct. #8236 (related to card ending in 9923), 01/2015 - 09/2017<br>•Ashley Antos, Acct. #7126, 01/2017 - 09/2017<br>•Ashley Antos, Acct. #5923, 04/2017 - 09/2017<br>•Robert Gleckman, Acct. #4274 (related to card ending in 4274), 01/2013 - 09/2017<br>•Robert Gleckman, Acct. #7832 (related to card ending in 3416), 01/2013 - 01/2015 | | |
| Citibank | Herman Matz credit card account, #0934, 01/2016-07/2017 | EDNY-PTP_000641305 | EDNY-PTP_000641350 |
| Citibank | From 2013-2016:<br>•Dennis Verderosa Payments, Statements, Applications (cards ending in 0399 and 1221)<br>•Robert Gilbert Payments, Statements, Applications (card ending in 5473)<br>•Robert Gleckman Payments, Statements, Applications (cards ending in 4446 and 5025) | EDNY-PTP_000641351 | EDNY-PTP_000642494 |
| Citibank | Documents (statements, backup) from 2016-2017 pertaining to:<br>•Robert J Gilbert (Acct. #0475)<br>•Gabron Transport Co (Accts. #1783, 2589)<br>•Dennis J Verderosa<br>•Emin L Cohen (Acct. #9411, 9630)<br>•Robert J Gilbert<br>•Sergio Ramirez (Acct. #6050)<br>•PTP Construction Corp (Acct. #2132)<br>•Paul J Ewer (Acct. #3666)<br>•Dacona Financial (Acct. #4154)<br>•Joseph J Matz (Acct. #4277, 4701)<br>•Powertraderspress.com Inc. (Acct. #4551) -<br>•Paul J Ewer (Acct. #3666)<br>•DJV Enterprises Inc. (Acct. #5158)<br>•Antos Inc. (Acct. #5651)<br>•Antos Enterprises, Inc. (#6708)<br>•Brian J Heepke (Acct. #7683)<br>•Ashley Antos (Accts. #8128, 8136) | EDNY-PTP_000642495 | EDNY-PTP_000643388 |
| Citibank | Documents (statements, backup) from 2014-2017 pertaining to:<br>•MKKMMKKM Inc. (Acct. #3434)<br>•Janine A Acosta (Acct. #3945, 5568)<br>•Melissa Kurtzke (Acct. #6127) | EDNY-PTP_000643389 | EDNY-PTP_000643651 |
| JP Morgan Chase | Statements and account documents since 2013 (checks, wires, signature cards) relating to:<br>•Melissa Kurtzke<br>•Janine Acosta (#0500)<br>•Hermann Matz (#3047, #7976)<br>•Brittney Ballestas | EDNY-PTP_000643652 | EDNY-PTP_000648138 |

Defense Counsel
August 30, 2019
Page 3

| Source | Description | First Bates | Last Bates |
|---|---|---|---|
| Lazy Days RV | Documents and customer files pertaining to Stephanie Lee | EDNY-PTP_000648139 | EDNY-PTP_000648404 |
| FINRA | Certified EDGAR filings for:<br>- Accession number 0001140361-15-045210 (Form 10Q)<br>- Accession number 0001140361-16-061829 (Form SC 13G)<br>- Accession number 0001214782-15-000239 (Form 8K) | EDNY-PTP_000648405 | EDNY-PTP_000648541 |
| Wells Fargo | Business records certification | EDNY-PTP_000648542 | EDNY-PTP_000648550 |
| SEC | HECC Aug 2014 - January 2016 Short Selling spreadsheet | EDNY-PTP_000648551 | EDNY-PTP_000648551 |
| Hilltop Securities | Business records certifications for 7/25/2019 and 8/15/2019 | EDNY-PTP_000648552 | EDNY-PTP_000648553 |
| Redeye Grill | Larry Isen 8/16/2019 Redeye Grill reservation receipt | EDNY-PTP_000648554 | EDNY-PTP_000648554 |

Where affidavits concerning the authenticity of business records are included herein or in previous discovery productions, per Federal Rules of Evidence 803(6) and 902(11) the government intends to proffer those records into evidence at trial as self-authenticating. See United States v. Komasa, 767 F.3d 151 (2d Cir. 2014).

You may obtain copies of the materials listed above by contacting Joseph Meisner at First Choice at 718-381-1480, extension 212, and referencing the print order number provided by email.  First Choice is located at 52-08 Grand Avenue, Maspeth, New York 11378.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York

By:      _____/s/_____

Whitman G.S. Knapp
Kaitlin T. Farrell
Assistant U.S. Attorneys
(718) 254-6107/6072

cc:      Clerk of the Court (JS) (by ECF)

## APPENDIX A: DEFENSE COUNSEL

Robert P. LaRusso, Esq.
LaRusso Conway & Bartling LLP
300 Old Country Road, Ste. 341
Mineola, New York 11501

Kevin J. Keating, Esq.
Law Office of Kevin J. Keating
666 Old Country Road, #501
Garden City, New York 11530

John F. Kaley, Esq.
Doar Rieck Kaley & Mack
217 Broadway, Ste. 707
New York, New York 10007

Joseph W. Ryan, Jr., Esq.
Melville Law Center
225 Old Country Road
Melville, New York  11747-3111