

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK
F. #2016R01805

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 11, 2019

**By Email and ECF**

All Counsel on Attached Appendix A

      Re:    United States v. Jeffrey Chartier, et al.
                 Criminal Docket No. 17-372 (JS)

Dear Counsel:

      Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This disclosure supplements the government's earlier disclosures.  The government again requests reciprocal discovery from the defendants.

      The government has made the following materials available at First Choice Copy ("First Choice") for reproduction to the defendants:

| Source | Description | First Bates | Last Bates |
|---|---|---|---|
| AT&T | Business Records Certifications for 4/18/2019 and 5/16/2018 Productions | EDNY-PTP_000648555 | EDNY-PTP_000648556 |
| Wilson-Davis | Austin Legal Group Legal Opinion | EDNY-PTP_000648557 | EDNY-PTP_000648560 |
| Park Central Hotel | Park Central Hotel receipts | EDNY-PTP_000648561 | EDNY-PTP_000648593 |
| TD Ameritrade | Affidavit for 6/14/2016 TD Ameritrade production re: Watts, #5049 | EDNY-PTP_000648594 | EDNY-PTP_000648594 |
| FBI | Stock purchase agreements | EDNY-PTP_000648595 | EDNY-PTP_000648602 |
| Google Map | Redeye Grill and Park Central Hotel area map | EDNY-PTP_000648603 | EDNY-PTP_000648603 |
| Google Map | 535 Broadhollow Road Map | EDNY-PTP_000648604 | EDNY-PTP_000648604 |
| Google Image Search | 535 Broadhollow Road office photo | EDNY-PTP_000648605 | EDNY-PTP_000648605 |
| FBI | Summary for Amegy Geoserve bank account #4325 | EDNY-PTP_000648606 | EDNY-PTP_000648606 |
| FBI | Summary for Amegy Geoserve bank account #2987 | EDNY-PTP_000648607 | EDNY-PTP_000648607 |
| FBI | Summary for Amegy Lifestream bank account #4260 | EDNY-PTP_000648608 | EDNY-PTP_000648608 |
| FBI | Summary for Amegy Watts bank account #5739 | EDNY-PTP_000648609 | EDNY-PTP_000648609 |
| FBI | Summary for Amegy SMDRE bank account #2847 | EDNY-PTP_000648610 | EDNY-PTP_000648610 |

Defense Counsel
September 11, 2019
Page 2

| Source | Description | First Bates | Last Bates |
|---|---|---|---|
| FBI | Summary for JP Morgan Chase SMDRE bank account #7317 | EDNY-PTP_000648611 | EDNY-PTP_000648611 |
| FBI | Summary for JP Morgan Chase Watts bank account #9769 | EDNY-PTP_000648612 | EDNY-PTP_000648612 |
| FBI | Summary for JP Morgan Chase Geoserve bank account #8492 | EDNY-PTP_000648613 | EDNY-PTP_000648613 |
| FBI | Summary for JP Morgan Chase Lifestream bank account #4705 | EDNY-PTP_000648614 | EDNY-PTP_000648614 |
| FBI | Phone records summary report | EDNY-PTP_000648615 | EDNY-PTP_000648615 |
| FBI | Victim call transcript | EDNY-PTP_000648616 | EDNY-PTP_000648622 |
| FBI | Victim Emails | EDNY-PTP_000648623 | EDNY-PTP_000648673 |
| Wilson-Davis | Account records for accounts #8130, #0475 | EDNY-PTP_000648674 | EDNY-PTP_000648750 |

Where affidavits concerning the authenticity of business records are included herein or in previous discovery productions, per Federal Rules of Evidence 803(6) and 902(11) the government intends to proffer those records into evidence at trial as self-authenticating.  See United States v. Komasa, 767 F.3d 151 (2d Cir. 2014).

You may obtain copies of the materials listed above by contacting Joseph Meisner at First Choice at 718-381-1480, extension 212, and referencing the print order number provided by email.  First Choice is located at 52-08 Grand Avenue, Maspeth, New York 11378.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York

By:      /s/
Whitman G.S. Knapp
Kaitlin T. Farrell
Assistant U.S. Attorneys
(718) 254-6107/6072

cc:     Clerk of the Court (JS) (by ECF)

**APPENDIX A: DEFENSE COUNSEL**

Robert P. LaRusso, Esq.
LaRusso Conway & Bartling LLP
300 Old Country Road, Ste. 341
Mineola, New York 11501

Kevin J. Keating, Esq.
Law Office of Kevin J. Keating
666 Old Country Road, #501
Garden City, New York 11530

John F. Kaley, Esq.
Doar Rieck Kaley & Mack
217 Broadway, Ste. 707
New York, New York 10007

Joseph W. Ryan, Jr., Esq.
Melville Law Center
225 Old Country Road
Melville, New York  11747-3111