# CRIMINAL CAUSE FOR JURY TRIAL

BEFORE: SEYBERT, J.   DATE: 2/10/2020   TIME: 9:30

DOCKET NUMBER: CR 17-372   TITLE: USA-V-CHARTIER

DEFT NAME: JEFFREY CHARTIER   DEFT: #1
 X PRESENT ___ NOT PRESENT ___ IN CUSTODY  X  ON BAIL

DOREA SILVERMAN;
ATTY. FOR DEFT.: ROBERT LaRUSSO   X C.J.A.
 X PRESENT ___ NOT PRESENT ___ RET

DEFT NAME: LAWRENCE ISEN   DEFT: #3
 X PRESENT ___ NOT PRESENT ___ IN CUSTODY  X  ON BAIL

ATTY. FOR DEFT.: JOHN KALEY; GARY KAUFMAN   X C.J.A.
 X PRESENT ___ NOT PRESENT ___ RET

KAITLIN FARRELL;
A.U.S.A. WHITMAN KNAPP   DEPUTY CLERK: CHARLES BARAN

COURT REPORTER:  X M. FOLEY   ___ F. GUERINO
 X P. LOMBARDI   X M. STEIGER   ___ D. TURSI   ___ O. WICKER


 X  CASE CALLED. ALL COUNSEL PRESENT.

 X  JURY SWORN.

 X  OPENING STATEMENTS.

 X  WITNESS(ES) CALLED.

___

___ OTHER: