## CRIMINAL CAUSE ON TRIAL

BEFORE: SEYBERT,J.   DATE: 2/19/2020      TIME: 9:30

DOCKET NUMBER: CR 17-372      TITLE: USA-V-CHARTIER

DEFT NAME: JEFFREY CHARTIER                DEFT: #1
   _X_ PRESENT   ___ NOT PRESENT   ___ IN CUSTODY   _X_ ON BAIL

            DOREA SILVERMAN;
   ATTY. FOR DEFT.: ROBERT LaRUSSO         _X_ C.J.A.
            _X_ PRESENT      ___ NOT PRESENT      ___ RET

DEFT NAME: LAWRENCE ISEN                   DEFT: #3
   _X_ PRESENT   ___ NOT PRESENT   ___ IN CUSTODY   _X_ ON BAIL

   ATTY. FOR DEFT.: JOHN KALEY; GARY KAUFMAN   _X_ C.J.A.
            _X_ PRESENT      ___ NOT PRESENT      ___ RET

            KAITLIN FARRELL;
A.U.S.A. WHITMAN KNAPP            DEPUTY CLERK: CHARLES BARAN

COURT REPORTER:   ___ M. FOLEY      ___ F. GUERINO
 _X_ P. LOMBARDI   _X_ M. STEIGER   ___ D. TURSI   _X_ O. WICKER


_X_   CASE CALLED.  ALL COUNSEL PRESENT.

_X_   WITNESS(ES) CALLED.

___

___   OTHER: