CRIMINAL CAUSE ON TRIAL

BEFORE: SEYBERT,J.   DATE: 2/26/2020       TIME: 9:30

DOCKET NUMBER: CR 17-372       TITLE: USA-V-CHARTIER

DEFT NAME: JEFFREY CHARTIER                        DEFT: #1
  X PRESENT    NOT PRESENT    IN CUSTODY   X  ON BAIL

        DOREA SILVERMAN;
  ATTY. FOR DEFT.: ROBERT LaRUSSO              X C.J.A.
              X PRESENT       NOT PRESENT     RET

DEFT NAME: LAWRENCE ISEN                           DEFT: #3
  X PRESENT    NOT PRESENT    IN CUSTODY   X  ON BAIL

    ATTY. FOR DEFT.: JOHN KALEY; GARY KAUFMAN    X C.J.A.
              X PRESENT       NOT PRESENT     RET

        KAITLIN FARRELL;
A.U.S.A. WHITMAN KNAPP            DEPUTY CLERK: CHARLES BARAN

COURT REPORTER:    M. FOLEY    X F. GUERINO
   P. LOMBARDI   X M. STEIGER     D. TURSI    X O. WICKER


 X    CASE CALLED.  ALL COUNSEL PRESENT.

 X    WITNESS(ES) CALLED.



      OTHER: